IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIO DIBATTISTA, derivatively on behalf of ADVANCE AUTO PARTS, INC., | : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 20-590-RGA |
| THOMAS R. GRECO, et al., | : : | |
| Defendants. | : : | |

**ORDER**

This **17th** day of February 2021, upon consideration of the Magistrate Judge's Report and Recommendation dated January 31, 2021, and no objections to the Report and Recommendation having been filed, and the Court having reviewed the matter and being convinced that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 31) is **ADOPTED**.

2. Defendants' motion to dismiss (D.I. 9) is **GRANTED-IN-PART, DENIED-IN-PART, and DISMISSED-IN-PART.** Counts I and II of the complaint are dismissed for failure to sufficiently plead demand futility, and Count III is dismissed for lack of subject matter jurisdiction.  The motion is **DENIED** as to the request to dismiss Counts I and II for lack of subject matter jurisdiction.  The motion in all other respects is **DISMISSED** as moot.

3. Plaintiff is **GRANTED** leave to amend the complaint within fourteen (14) days of this Order.

/s/ Richard G. Andrews
United States District Judge