IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIO DIBATTISTA, derivatively on behalf of ADVANCED AUTO PARTS, INC, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 20-590-RGA |
| THOMAS R. GRECO, et al., | : : | |
| Defendants. | : | |

**ORDER**

WHEREAS, the Plaintiff has not filed an amended complaint;

NOW THEREFORE, IT IS HEREBY ORDERED, that the Clerk of Court is directed to CLOSE this case.

March 5, 2021                                                            /s/ Richard G. Andrews
Date                                                                              United States District Judge